**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Russell L. Potter
Stafford, Stewart, & Potter
P.O. Box 1711
Alexandria LA 71309

**REHEARING ACTION: May 12, 2010**

**Docket Number: 09   01369-CA**

**AUDREY THOMPSON, ET AL.**
**VERSUS**
**STATE FARM MUTUAL AUTOMOBILE INS. CO., ET AL.**

**Appealed from Rapides Parish Case No. 110,030**

**BEFORE JUDGES:**

> **Hon. Marc T. Amy**
> **Hon. Elizabeth A. Pickett**
> **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Government Employees Insurance Company** has this day been

> **DENIED.**
> Gremillion, J., would grant.

cc: Bonita K. Preuett-Armour, Counsel for the Appellant
    Wilbert Joseph Saucier, Jr., Counsel for the Appellee
    Michael L. Glass, Counsel for the Appellee